CIVIL DOCKET

UNITED STATES DISTRICT COURT

1215-Orl. Civ.

Jury demand date:

D. C. Form No. 106 Rev.

**TITLE OF CASE**

EVELYN R. ELLIS, a minor, by JOHN P. ELLIS, her father and next friend; ARETA G. PRITCHETT, a minor, by ALTAMESE L. PRITCHETT, her mother and next friend; DANNY CURRY and ZERENA CURRY, minors, by WILLIE LEE CURRY, their father and next friend; CLAUDIA WARE, a minor, by EMMA GAINES, her mother and next friend; LUTRICIA HENDERSON, a minor, by MARY L. HENDERSON, her mother and next friend; SYRIAL D. KINSLER and WINSTON K. KINSLER, Minors, by MORRIS STARKE, their guardian and next friend; PAMELA WOODLEY, a minor, gy GEORGIA N. WOODLEY, her mother and next friend; EVERETT L. WILSON, a minor, by DELORES LANCE, his mother and next friend,

Plaintiffs,

vs.

R. EARL KIPP, as Superintendent of the Board of Public Instruction of Orange County, Florida, MRS. FLORENCE FISHBACK, as Chairman of the Board of Public Instruction of Orange County, Florida, and MRS. BETHEL TURNER, WILSON LEONARD and KENNETH W. FOLKS, as Members of the Board of Public Instruction of Orange County, Florida,

Defendants.

**ATTORNEYS**

For plaintiff:

~~Francisco A. Rodriguez~~
~~703 Harrison Street~~
~~Tampa 2, Florida~~

~~Constance Baker Motley~~
~~Leroy D. Clark~~
~~10 Columbus Circle~~
~~New York 19, New York~~

Jerome Bornstein
56 East Pine
Orlando, Florida

~~William L. Robinson~~
~~10 Columbus Cir.~~
~~[illegible]~~

Norman J. Chachkin
10 Columbus Cir., New York, N.Y.

Eli H.
140 S.
Orlando

Richard
125 S. C
Orlando,

Ben F. Du
Box 757
Apopka, F

Paul C. P
647 W. S
Orlando,

Norris D.
350 S. Pa
Orlando

~~Maguire, Voorhis and Wells~~
~~P. O. Box 633, Orlando~~

~~[illegible]~~

James W. Markel, of
XXXXX Graham, XXXMarkel & Vaugh
P. O. XXXXXXX Drawer 1690
Winter Park, Fla. 32789

| STATISTICAL RECORD | COSTS | | | DATE | NAME OR RECEIPT NO. | REC. | | |
|---|---|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | 4/6/62 | 17339 | 15 | 00 | 4/10 |
| | | | | 5/9/69 | 54589 | 5 | 00 | 5/9 |
| | | | | 7/3/69 | 54837 | 5 | 00 | 7/11 |
| J.S. 6 mailed June '64 | Marshal | | | 1/23/70 | 55743 | 5 | 00 | 1/30 |
| | | | | 8/30/71 | 69948 | 5 | 00 | 8/31 |
| Basis of Action: Suit to compel integration in public schools | Docket fee | | | 9/21/71 | 73047 | 5 | 00 | 9/24 |
| | Witness fees | | | | | | | |
| Action arose at: Orange County, Florida | Depositions | | | | | | | |

1215-Orl. Civ.

1

| DATE 1962 | PROCEEDINGS | Date Order Judgment |
|---|---|---|
| Apr. 6 | Complaint filed | |
| 6 | Summons issued for each deft., & del. to Marshal | JS-5 |
| 25 | Marshal's return on Summons, exec. as to each Deft, 4-20-62 & 4-24-62 | X-car |
| May 10 | Defts. Motion to Strike. | |
| 10 | " " " Dismiss. | |
| Jun. 12 | Notice of Hearing on Motions set for Thursday, June 21, 1962 at 11:30 A. M. | |
| Aug 3 | Notice of Taking Deposttion filed by Atty for Plaintiff. | |
| 28 | Notice of Hearing on Motions, Oct. 8, 1962, 9:30 a.m. | |
| Oct. 29 | Order Transferring Case to Middle District of Florida | |
| Nov. 6 | Notice of Hearing on Motions, Dec. 13, 1962, 10;00 a.m., J. Young | |
| 19 | Corrected Notice of Hearing on Motions, Dec. 14, 1962, 10:00 a.m., J. Young | |
| 26 | Notice of Re-Setting of Hearing on Motions, Dec. 14, 1962, 2:30 p.m. | |
| Dec. 14 | Order Granting Leave to file Amended Complaint and setting Hearing on Motions to Amended Complaint on Dec. 20, 1962, 2:00 P.M. | |
| 20 | Amended Complaint, by Plaintiff | |
| 20 | Motion to Dismiss, by Board of Public Instruction | |
| 20 | Motiom for More Definite Statement, by Board of Public Instruction | |
| 1963 | | |
| Jan 3 | Order Denying Motion to Dismiss; Granting Motion to Strike and Motion for More Definite Statement. Defendants granted 60 days to file answer to Amended Complaint | |
| 4 | Order Vacating Order entered Jan. 3, 1963, Denying Motion to Dismiss by Board of Public Instruction, granting as to deft. Board Members; Granting Motion for More Definite Statement; Plaintiffs allowed 30 days to file Amended Complaint and Deft. allowed 60 days thereafter to Answer | |
| Feb. 8 | Stipulation extending filing of Amended Complaint 30 days from Feb. 4, 1963 and Deft. allowed 60 days thereafter to Answer | |
| 8 | Order on Stipulation of Counsel for Plaintiffs and Counsel for Defendant | |
| Mar. 4 | Second Amended Complaint #2 | |
| May 3 | Answer of the Board of Public Instruction of Orange County, Florida #3 | |
| 3 | Further Motion for More Definite Statement, by Defendant | |
| 3 | Motion to Strike, by Deft. | |
| 20 | Notice of Hearing on Pending Motions, Orlando, 6-3-63, 1:00 P. M., J. Reeves | |
| 23 | Deposition of Mrs. G. B. Fishback, Wilson Leonard, Bethel Truner, Kenneth Patrick Folks, on behalf of the Plaintiffs | |
| 23 | Deposition of R. Earl Kipp, on behalf of the Plaintiffs | |
| June 3 | Motion for withdrawal of counsel (J.R. Wells) and substitution of other counsel (George W. Johnson and his firm, Johnson, Williams & Motsinger, as counsel for Orange County Board of Pub. Instr. | |
| 3 | Order Granting Withdrawal of Counsel and authorizing Substitution of other counsel | |
| 7 | Order Granting Motion to Strike and Motion for More Definite Statement | |
| Aug. 13 | Notice of Non-Jury Trial, Sept. 3, 1963, 9:30 a.m. | |
| 29 | Stipulation for Continuance of Trial | |
| 29 | Order Continuing Trial until further order. | |
| 1964 | | |
| Mar. 17 | Notice of appearance of Jerome Bornstein as co-counsel for plaintiffs | |
| [illegible].31 | Notice of appearance of Jerome Bornstein as co-counsel for plaintiffs | |
| Apr. 8 | Answer to Defendant's Motion for More Definite Statement filed by Plaintiffs #4 | |
| 8 | Praecipe for setting cause for jury trial | |
| May 5 | Motion for Preliminary Injunction, filed by Plaintiffs | |
| 5 | Notice of Hearing on Motions, May 14, 1964, 10:00 A.M., J. Reeves | |
| 7 | Notice of Taking Depositions of John P. Ellis, Willie Lee Curry, Mary L. Henderson, Mavis Starke, Georgia N. Woodley and Emma Gaines, May 11, 1964, 1:30 P.M., by Deft. | |
| 11 | Defendant's Motion for Pre-Trial or Pre-Hearing Conference. | |
| 11 | Order for Pre-Trial or Pre-Hearing Conference. | |
| 13 | Joint Stipulation re Motion for Injunction, etc. | |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS |
|---|---|
| 1964 | |
| May 13 | Order Denying Motion for Injunction, etc., with prejudice #5 |
| 15 | Deposition of Georgia N. Woodley on behalf of the Defendant |
| 15 | Deposition of Mavis Starke on behalf of the Defendant |
| 15 | Deposition of John P. Ellis on behalf of the Defendant |
| 15 | Deposition of Mary L. Henderson on behalf of the Defendant |
| 15 | Deposition of Emma Gaines on behalf of the Defendant |
| 15 | Deposition of Willie Lee Curry on behalf of the Defendant |
| 28 | Plan of Desegregation filed by Defendant |
| June 9 | Joint Motion for order requiring defendant to comply with Plan of Desegregation filed May 28, 1964 and for Final Decree |
| 9 | Final Decree #6 |
| 1967 | |
| Apr. 14 | Joint Motion for Order Requiring Defendant to Comply with Amended Plan of Desegregration #7 |
| 20 | Addition to Amended Plan filed (attached to #7) |
| 26 | Final Decree, incorporating amended plan of desegregation #8 |
| Aug. 22 | Report on Amended Plan of Desegregation filed |
| Sept. 25 | Report on Choice Period, Amended Plan of Desegregation , Part II |
| 1968 | |
| July 17 | Report of Choice Period, Orange County Amended Plan of Desegregation - Part I |
| Aug. 30 | Notice of Appearance by William L. Robinson, Attorney for Pltfs. |
| Sept. 19 | Report of Choice Period, Orange County Amended Plan of Desegregation - Part II |
| Nov. 11 | Motion to withdraw as counsel for plaintiff by Leroy D. Clark |
| 14 | Order granting motion of Leroy D. Clark to withdraw as counsel for plaintiffs |
| Dec. 2 | Motion for Further Relief, by Plaintiff #9 |
| 2 | Memorandum of Law in Support of Motion for Relief #10 |
| 2 | Interrogatories, by Pltf. |
| 4 | Notice of Hearing on Motion for Further Relief, 10 am, Jan. 10, 1969 |
| 16 | Stipulation of Counsel that reply brief and affidavits may be filed by Jn.6,1969 |
| 20 | Answers to Interrogatories by Deft. #11 |
| 1969 | |
| Jan. 6 | Affidavit of Robert E. Cascaddan w/History of Desegregation in Orange County School System attached |
| 6 | Memorandum of Law filed by Defendant |
| 10 | Hearing on Motion for Further Relief |
| 10 | Plaintiff Rests |
| 10 | Plaintiff's Exhibit No. 1 filed in Evidence |
| 10 | Oral Motion for Continuance, by Beft. - Granted. Hearing set over to 2/24/69,10:00 |
| 13 | Mar. Ret. on Civil Subpoena EXEC. 1-7-69 as to John Goonen |
| 13 | Mar. Ret. on Civil Subpoena EXEC. 1-7-69 as to Robert E. Cascaddan |
| 13 | Order Granting Motion for Continuance; Deft. to have until 2-10-69 to file further plan; Hearing continued until 10:00 A.M., 2-24-69 |
| 22 | Court Reporter's Transcript of Hearing on Motion for Further Relief 1-10-69 filed |
| Feb. 18 | Order that Defendant file a more detailed plan of desegregation by Feb. 28, 1969, plaintiff allowed to March 14, 1969 to file objections to such plan, hearing set for Feb. 24, 1969 hereby cancelled - copy mailed to Mr. Robinson, copies hand delivered to Mr. Woolfork and Mr. Sharp |
| 17 | Proposed Plan for Desegregation filed |
| 17 | Stipulation of Facts filed |
| 26 | Joint Motion filed |
| 28 | Motion for Leave to Withdraw Consent to Joint Motion |
| 28 | Petition for Leave to Intervene, by Irma Jean Campbell |
| 28 | Notice of Hearing on Motion for Leave to Withdraw Consent to Joint Motion, 9:00 A.M., 3-5-69 |
| Mar. 4 | Memorandum Brief in Opposition to Motion for leave to withdraw consent to joint motion |

| DATE 1969 | PROCEEDINGS | Date Or Judgmen |
|---|---|---|
| Mar. 5 | Memorandum of Law in Support of Motion for Leave to Withdraw Consent to Joint Motion by Pltfs. | |
| 5 | Hearing on Motion to Withdraw Consent to Joint Motion R2 | |
| 5 | Defendant announces withdrawal of its motion | |
| 5 | Court grants motions of both parties to withdraw joint motion. Defts. allowed to and including March 24, 1969 to file plan, Plaintiffs allowed to and including April 7, 1969 to file any pleadings directed to said plan - order to be entered | |
| 7 | Order Granting Written Motion of the Pltfs and oral motion of Deft. to withdraw joint motion and joint motion filed 2-26-69 is withdrawn; Deft. to submit by 3-24-69 further plan of desegregation and Pltf's to have to 4-7-69 to file response to proposed plan R-2 | |
| 11 | Proposed Plan of Desegregation filed #12 | |
| 19 | Petition for Leave to Intervene and Objection to Plan for Desegregation filed on Mar. 11, 1969, filed by Apopka Group #13 | |
| 25 | Notice of Hearing on Petitions to Intervene, 9:00 A.M., 3-28-69 | |
| 26 | Amended Notice of Hearing on Petitions to Intervene, 10 am, Apr. 1, 1969 | |
| 26 | Motion for Continuance of hearing of 3-28-69 | |
| Apr. 1 | Petition for Leave to Intervene by Joseph L. Johnson, etc. | |
| 1 | Petition for Leave to Intervene by Lillie Pearl Bolden, etc. | |
| 1 | Memorandum of Law in support of Petition to Intervene by Bolden | |
| 1 | Plaintiff's Opposition to Petition for Leave to Intervene by Isaiah Glenn, et al | |
| 1 | Memorandum in Support of Plaintiffs' Opposition to Petitions for Leave to Intervene | |
| 1 | Hearing re Petitions to Intervene | |
| 1 | Petitioners Rest | |
| 1 | Arguments by Counsel | |
| 1 | Taken under advisement by Court | |
| 8 | Plaintiffs' Objections to Defendants' Plan filed #14 | |
| 9 | Plaintiffs' Opposition to Petition for Leave to Intervene Filed on Behalf of Lillie Pearl Bolden, et al | |
| 9 | Plaintiffs' Motion to Compel Defendants to File a Report After School Opening | |
| 10 | Order Denying Petitions to Intervene but counsel for intervenors may make closing arguments at hearing set for 10:00 a.m., April 17, 1969 #15 | |
| 11 | Request for Oral Argument on Petition to Intervene by Lillie Pearl Bolton, et al | |
| 11 | Def t's Reply to Plaintiffs' Motion to Compel Defendants to file a Report after School Opening | |
| 11 | Motion for Continuance, by Deft. | |
| 14 | Order Granting Motion for Continuance; reset for 10:00 A.M., 4-30-69 | |
| 14 | Order re motion of pltf's to compel defendant to file a report after school opening in Sept. 1968 and on Deft's reply to said motion - the motion of Pltfs is moot in view of the fact that report was filed on 9-19-68 - R-2 | |
| 30 | Hearing on Plan held in Open Court R2 | |
| 30 | Defendant's Exhibits Nos. 1 through 12 incl. filed in Evidence | |
| 30 | Recessed to 9:00 A.M., May 5, 1969 | |
| May 5 | Hearing resumed from April 30, 1969 | |
| 5 | Recessed to 9:00 A.M., May 7, 1969 | |
| 7 | Hear ng resumed from May 5, 1969 | |
| 7 | Defendants Rest | |
| 7 | Plaintiffs Rest | |
| 7 | Memorandum Brief in Support of Defendants Prc posed Plan filed in Open Court | |
| 7 | Taken under advisement by Court | |
| 8 | Notice of Appeal by Lillie Bolden, et al - cy to counsel and amicus curiae | |
| 8 | Motion for Extension of Time for Filing Record in the United States Court of Appeals, by Bolden et al - DENIED by Court | |
| 13 | Directions to Clerk re record on appeal by Bolden et al | |
| 13 | Order Adopting School Board Plan filed March 11, 1969 | |
| 14 | Letter to all counsel fr. J. Young correcting typographical errors in Order dtd | 5-13-6 |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | J |
|---|---|---|
| 1969 | | |
| May 26 | Motion to Amend the Court(s Order of May 13, 1969 | |
| Jun. 2 | Notice of Dismissal re Appeal filed 5-8-69 - cy to N.O. | |
| 4 | Defendant's Response to Motion filed May 23, 1969 | |
| 5 | Order Denying Motion to Amend Court's Order of 5-13-69 R-3 | |
| 12 | Reporter's Transcript of Testimony and Proceedings | |
| 16 | Appearance and Motion to Withdraw and Substitute Counsel by Mairs, Graham and Mark and Order Granting Same R-3 | |
| July 3 | Notice of Appeal by Evelyn R. Ellis - cy to L. Melillo & Court of Appeals, N.O. | |
| 7 | Appeal Bond filed | |
| 9 | Pltf's Motion to Enlarge the Record and Compel Deft. to Comply with the Court's Orders of 4-20-67 and 5-13-69 | |
| 25 | Court Reporter's Transcript on Arguments of Counsel held 5-7-69 | |
| 31 | Motion to Approve Plan, by Deft. | |
| Aug. 4 | Supplemental Report filed | |
| 4 | Order Enlarging record to include supplemental report; Setting cause for hearing at 9:00 A.M., 8-14-69 on Pltf's motion to require Deft. to comply with previous orders of Court and on the Deft's Motion to Approve Plan R-3 | |
| 6 | Record on Appeal mailed to Clerk, USCA, New Orleans | |
| 14 | Hearing on Motion to Require Defendant to Comply with Previous Orders and Motion to Approve Plan R3 | |
| 14 | Court Grants Motion to Approve Plan - Order to be entered | |
| 14 | Court Grants Motion to Require Defendant to Comply with Previous Orders - Order to be entered | |
| 15 | Order Granting Plaintiffs' Motion to Require Deft. to Comply with Previous Orders R3 - cy toWoolfork, Robinson and Markel | |
| 15 | Order Granting Defendant's Motion to Approve Plan - R3 - copy to Woolfork, Robinso and Markel #16 | |
| 25 | Letter to Clerk from Attorneys for School Board, w/copies of Desegregation Forms attached | |
| Sep. 22 | Report on Choice Period Orange County Public Schools, Parts I and II filed #17 | |
| 22 | Certificate of Filing on Report on Choice Period Orange County Public Schools fil | |
| Nov. 17 | Certificate of Filing on Tabulation of Parent Choice Applications Received & Grant | |
| Dec. 16 | Notice of Further Hearing set for Plan, 9:30 a.m., Dec. 22, 1969 | |
| 17 | Mandate from Court of Appeals, reversing District Court, and remanding cause for further consideration, filed #18 | |
| 17 | Opinion of Court of Appeals, filed #19 | |
| 22 | Hearing re Plan held in Open Court R4 | |
| 22 | Court directs Counsel for Board to file schedule of compliance by Jan. 6, 1970 | |
| 22 | Order Confirming Oral Ruling of same date - copies to Robinson; Woolfork; Markel #20 | |
| 29 | Verified Bill of Costs filed and Costs taxed in amt. of $130.00 against Appellees | |
| 1970 | | |
| Jan. 6 | Motion of School Board for Extension of Time to comply with Order of 12-22-69 - and Order Granting Same - cys to counsel | |
| 7 | Mandate, USCA, Granting Motion of the Appellants to Recall Mandate and Amending opinion and order of the Court dated Dec. 12, 1969; Directing District Court to comply with all terms, provisions and conditions in Singleton -v- Jackson Municiple Separate School District; Directing School Board to prepare for complete student desegregation by Feb. 1, 1970 #21 | |
| 8 | Order Modifying Court's Order of 12-29-69 so as to include directions to Deft. Board of Public Instruction of Orange County #22 | |
| 15 | Motion by Deft. requesting Order allowing pupil desegregation plan this Court may order implemented in Sept. 70 rather than Fe. 1, 1970 | |
| 15 | Motion by Deft. requesting State Dept. of Education to reimburse Deft. in full for any days during which students and teachers must be dismissed from regular attendance in order to implement the Order of this Court | |
| 15 | Notification of Compliance, by Deft. | |

1215 Orl. Civ.

5

| DATE 1970 | PROCEEDINGS | Date Ord Judgment |
|---|---|---|
| Jan. 15 | Proposed Pupil Desegregation Plan I, by Deft. | |
| 15 | Proposed Pupil Desegregation Plan II, by Deft. | |
| 20 | Motion for Order Approving Plan I, b y Deft. | |
| 20 | Hearing on Proposed Plan and Motions held in Open Court | |
| 20 | Plaintiffs' Objections to Defendants' Proposed Pupil Desegregation Plan I filed | |
| 20 | Plaintiffs' Objections to Defendants' Proposed Pupil Desegregation Plan II filed | |
| 20 | Plaintiffs' Objections to Defendants' Motion to Delay Pupil Desegregation Plan filed | |
| 20 | Defendant's Motion to Delay Pupil Desegregation Denied in Open Court | |
| 20 | Defendants' Exhibit No. 1 filed in Evidence | |
| 20 | Taken under advisement by Court | |
| 22 | Order Approving Plan I #23 | |
| 23 | Notice of Appeal filed by Plaintiff | |
| 23 | Appeal Bond filed in sum of $250.00 - copy to Clerk, Court of Appeals, New Orleans | |
| 23 | Order Amending Order of Jan. 22, 1970 to correct error | |
| 26 | Order Directing School Board to complete preparations for implementation of Plan II should Court of Appeals direct same - copies hand delivered to Chan Muller and sec. to Mr. Woolfork | |
| 27 | Complete Record on Appeal forwarded to Clerk, Court of Appeals, New Orleans, La. | |
| 30 | Order Setting hearing 2:00 P.M., 2-2-70 for purpose of Defts presenting certain evidence in order that Court may supplement its findings of fact as directed by USCA, Fifth Circuit | |
| Feb. 2 | Order from USCA, directing this court to supplement its findings of fact | |
| 2 | Further hearing re plan held in Open Court R4 | |
| 2 | Defendant's Exhibits Nos. 1 and 2 filed in Evidence | |
| 3 | Amended Findings of Fact (to USCA) - copies hand delivered to Markel; Woolfork; mailed to Wm. L. Robinson #24 | |
| 5 | Copy of letter from Earl Faircloth to Floyd T. Christian filed | |
| 9 | Report on Student Desegregation and Report on Assignment of Personnel as required by order of 1-22-70 filed #25 | |
| 28 | Order Directing Board to complete plans and file a Notification of Completion of Plans by 3-10-70 #26 | |
| Mar. 10 | Notification of Completion of Plans, by Board, in compliance with order of 2-28-70 #27 | |
| 19 | Mandate issued by USCA affirming in part and reversing in part; remanding to District Court with directions in accordance with opinion; Deft.-Appellee, School Board to pay costs on appeal #28 | |
| 19 | Opinion filed | |
| 19 | Bill of Costs filed in amt. of $25.00 | |
| 19 | Amendment to Plan for Unitary School System for Orange County, Fla. filed | |
| 24 | Order Approving Plan filed by Board on March 10, 1970 #29 | |
| Jun. 30 | Table of Proposed School Population filed by Orange County | |
| Sept. 1 | Description of School Boundries filed by Orange County | |
| 1 | Certificate of Filing of Description of School Boundries | |
| 24 | Certificate of Filing - Table of Scool Popluation | |
| 25 | Order Appointing members of the Bi-Racial Advisory Committee #30 | |
| [illegible] | [illegible] | |
| 1971 | | |
| May 7 | Notice of taking Depositions of Robert E. Cascadden, John Goonen, Clifton Jones, on 5-13-71, 10:45 a.m., by Pltfs. | |
| 10 | Motion for Protective Order filed by Defendant | |
| 10 | Motion for Further Relief, by Plaintiffs | |
| 10 | Memorandum of Law in Support of Motion for Further Relief | |
| 11 | Oral Notice of Hearing on Motion for Protective Order, 11:30 A.M., 5-12-71, call N. Woolfork and J. Markel | |
| 13 | Notice of Appearance of Drew S. Days, III, on behalf of the Plaintiffs | |

D. C. 110 Rev. Civil Docket Continuation

| DATE 1971 | PROCEEDINGS |
|---|---|
| May 13 | Order Granting in Part and Denying in Part Defendant's Motion for Protective Order; Hearing on Plaintiffs' Motion for Further Relief is set for 10:00 A.M., June 14, 1971 R6 cy to Woolfork, Days, and Markel |
| 27 | Answers to Interrogatories filed by Defendant |
| June 14 | Motion for Detemination of the Real Party in Interest, by Deft. |
| 14 | Motion to Restructure the Bi-Racial Advisory Committeem by Deft. |
| 14 | Defendant's Brief in Opposition to Plaintiffs' Motion for Further Relief |
| 14 | Hearing on Motion for Further Relief. R6 |
| 14 | Opening Statement of Plaintiff, re: Racial make-up of certain Orange County Schc |
| 14 | Defendant's response to statement of Plaintiff. |
| 14 | Defendants motion for determination of party of real interest. |
| 14 | Defendant filed letter from Orange County School Board, dated June 14, 1971, re: restructuring of the Bi-Racial Committee. |
| 14 | Cause taken under advisement, Court to issue appropriate order. |
| 24 | Motion to Add Parties Pltf. filed |
| July 8 | Motion to Discharge Principal and Surety on Appeal Bond filed by Pltfs. & ORDER Granting Motion - cy to J. Markel, J. Greenberg, & N. Woolfork |
| 22 | Order Setting Hearing on Motion for Further Relief, 10:00 A.M., 8-3-71 |
| Aug 3 | Hearing on Motion for Further Relief. R6 |
| 3 | Statement by Plaintiff, re: Racial Composition of certain Orange County Schools. |
| 3 | Oral Motion by Plaintiff to Strike Testimony of Henry W. Lowe; Ruling Reserved. |
| 3 | Oral Motion by Plaintiff to Strike Testimony of Henry W. Lowe is renewed; Denied. |
| 3 | Defendants Exhibits 1, 2, 3, and 4 filed in Evidence. |
| 3 | Court directs certain questions to Defendants, the answers to which are to be provided prior to completing presentation of evidence. |
| 3 | Court in Recess in this cause until 9:30AM, 8-4-71. |
| 4 | Hearing on Motion for Further Relief resumed from 8-3-71. R6 |
| 4 | Defendant Rests. |
| 4 | Plaintiff Rests. |
| 4 | Closing Argument of Counsel. |
| 4 | Cause taken under advisement. |
| 12 | Hearing on Motion for further relief. R6 |
| 12 | Closing argument of Counsel. |
| 12 | Cause taken under advisement-Court to enter order. |
| 16 | Order on Motion for Further Relief, filed -copies to Markel; Woolfork; Days #31 |
| 20 | Motion for Order Authorizing the Plaintiffs to Obtain the Services of an Education Expert and for Order Implementing Plaintiffs Prpposal |
| 20 | Memorandum in Support of Motions |
| 23 | Court Ordered Plan filed by Defendant |
| 25 | Plaintiffs' Objections to Defendant's Plan |
| 27 | Order Directing School Board to file plan by 5:00 p.m., Sept. 3, 1971, if no plan is submitted board members and supt. directed to appear at 8:30 a.m., Sept. 8, 19 to show cause why they should not be held in contempt, pltfs' objections to plan, if any, should be filed 3 days after filing of plan, and hearing set at 8:00 a.m. 2 days thereafter |
| 30 | Notice of Appeal filed bySchool Board of Orange County - cy to N.O. |
| 30 | Motion for Stay Pending Appeal filed by School Board of Orange County |
| 30 | Order Denying Motion to Stay |
| Sept 2 | Motion for Extension of Time within which to file Plan, by Defts |
| 2 | Order granting defendant's motion for extension of time within which to file plan R7 cy to counsel and to USCA, New Orleans to 9-10-71 |
| 3 | Motion for Injunctive Relief, by Plaintiffs |
| 3 | U. S. Court of Appeal's Order Denying School Board's Motion for Stay or Injunctive Relief R7 |
| | O V E R |

| DATE 1971 | PROCEEDINGS | Date Order Judgment |
|---|---|---|
| Sept. 3 | Order denying plaintiff's motion for temporary restraining order R7 cy to counsel | |
| 7 | Order by USCA Denying Motion of Pltfs. to delay opening of schools pending receipt of Board's Plan | |
| 9 | Desegregation Proposal of Plaintiffs filed | |
| 10 | Certificate of Compliance and Motion for Approval of Plan, w/Educational Plan and Exhibits attached (envelope containing 9 color photos)(3 large charts) | |
| 10 | Motion to Dismiss Cause, by School Board | |
| 10 | Defendant's Analysis of Plaintiffs' Proposal | |
| 10 | Statement of Position, by Roy Berryman | |
| 10 | Statement of Position, by Stewart Shaffer | |
| 10 | Plaintiffs' Objections to Defendants' Plan of Desegregation filed 9-10-71 | |
| 14 | Motion to Intervene as Plaintiffs by Jack Mitchell and Milton Watts | |
| 14 | Motion for leave to file plan amicus curiae for Congress of Racial Equality, filed | |
| 14 | CORE Plan and Brief, filed | |
| 14 | Proceedings on Hearing on Proposed Plan R7 | |
| 14 | Defendants Rest | |
| 14 | Defendants' Exhibits Nos. 1 thru 17 incl. filed in Evidence | |
| 14 | Plaintiffs Rest | |
| 14 | Under advisement - Order to be entered | |
| 16 | Petition filed by Parents of Eccleston Elementary and Carver Jr. High School community | |
| 17 | Order denying approval of plaintiff's plan; denying CORE's motion to intervene; Granting plaintiff's motion to substitute Cathi Q. Mitchell, et al as plaintiffs; Motion to dismiss cause held in abeyance; Plan of plaintiffs rejected in part and modified as directed; Directing Defendants to file semi-annual report as required; directing Board to comply with all other provisions of this order although not specifically listed R7 cy to Pltf, Deft, Core | |
| 21 | Notice of Appeal filed by Pltfs.- cy to USCA | |
| 21 | Appeal Bond filed | |
| 27 | Amended Notice of Appeal, byBoard of Public Instruction of Orange County - cy to USCA | |
| Oct. 4 | Petition to Intervene by Alicia Armstrong | |
| 5 | Memorandum from Court of Appeals directing school board to present optional plan to District Court immediately for approval (by telephone) | |
| 6 | Order from Court of Appeals, dated 10-4-71, re implementing plan for Carver and Robinswood #32 | |
| 8 | Order directing School Board if option/exercised contained in order of 10-4-71, they shall present the plan to the district court for approval #33 | |
| 8 | Notice of Exercise of Option by School Board of Orange County | |
| 8 | Hearing on "Optional Plan", pursuant to 5th Circuit Court of Appeals order of 10-5-71. | R |
| 8 | Cause taken under advisement, Court to enter appropriate order. | |
| 12 | Court Reporter's Transcript of Hearing held 9-14-71, filed | |
| 12 | Court Reporter's Transcript of Testimony and Proceedings held 8-12-71, filed | |
| 12 | Court Reporter's Transcript of Testimony and Proceedings held 8-3&4-71, filed | |
| 12 | Court Reporter's Transcrip t of Proceedings held 6-14-71, filed | |
| 8 | Order Approving proposal to rezone the attendance zone for Robinswood & Carver Junior High Schools #34 | |
| 12 | Transcript of Record on Appeal mailed to USCA, N.O. | |
| 18 | Motion for Injunction, by Defts. | |
| 18 | Order Denying Motion for Temporary Injunction w/o prejudice R7 cy to counsel | |
| 26 | Court Reporter's Transcript of Hearing held on Oct. 8, 1971 - 3 copies mailed to Clerk, Court of Appeals, New Orleans, La. | |
| 1972 | | |
| May 19 | Certificate of Filing Schedule and Summary of Inter-School Exchange Program | |
| June 28 | Certificate ofFiling of preliminary Sstudent assignment table, as required by Order of this Court dated March 24, 1970, by The School Board of Orange County, Florida, Defendant. | |

| DATE 1972 | PROCEEDINGS |
|---|---|
| Aug 21 | Mandate from U.S.C.A. affirming as to the appeal; Affirmed in part and rever part on the cross-appeal; Remanded fro further proceedings not inconsistant herewith R8 #35 |
| 24 | Verified Bill of Costs, by Plaintiffs-Costs taxed in sum of $301.40 on 8-28- |
| 28 | Verified Bill of Costs, by Appellees in amt. of $193.00 (copy from Court of |
| Oct 2 | ORDER designating persons to fill vacancies created on Bi-racial Commitee. #36 |
| 12 | Order Directing School Board of Orange County to file by 11-17-72 alternativ to desegregate Eccleston, Orange Center and Richmond Heights elementary sc One plan to be implemented in Jan. 73, the other Sep. 73; Pltfs. have until 12-4-72 to file objections; Directing Board to provide all protective ele of decision in Singleton v. Jackson Municipal Separate School District #37 |
| 18 | Motion for Extension of Time for filing Plans, by Defts.- GRANTED & SO ORDERED - cy to Markel, Days & Woolfork |
| 30 | Order appointing Arnold B. Albert, et al to the Bi-Racial Committee R9 cy |
| Nov 16 | Certificate of Filing (plans for desegregation) and Motion for Approval of Pl with two(2) maps showing "present boundaries" and "proposed boundaries". |
| 24 | Motion for Extension of Time, by the Defendant School Board of Orange County, |
| 27 | Opposition to Motion for Extension ofTime, by Pltfs. |
| 27 | Order Denying Motion for Extension of Time - cys to counsel |
| 30 | Plaintiffs' Response to Defendants' Desegregation Plain filed Herein on Novem 1972 #38 |
| Dec. 1 | Notice of Hearing on Objections to Plan, 10:00 a.m., Dec. 5, 1972 |
| 6 | Memorandum in support of Defendant's Motion for Approval of Plans, filed #39 |
| 11 | Hearing on Objections to Plan R9 |
| 11 | Taken under advisement by the Court |
| 30 | ORDER Approving plan submitted November 16, 1972 and directing the school bo proceed with implementation of the plan. R9 Copies to counsel. #40 |
| 1973 | |
| Mar. 6 | Court Reporter's Transcript of Hearing on School Plan held 12-12-72, filed |
| 19 | Letter from Court of Appeals, Stating that Supreme Court has denied certiorar |
| June 1 | Motion to Withdraw as Counsel for Plaintiffs, by Drew S. Days, III |
| 14 | Notice of Appearanceof Norman J. Chachkin on behalf of Plaintiffs |
| 21 | Order Granting Motion of Drew S. Days, III to withdraw as counselfor Pltfs. |
| July 31 | Order by USCA Denying Petition for Writ of Prohibition |
| Aug.10 | Application for Stay filed by School Board |
| 10 | Brief in Support of Application for Stay, filed |
| 20 | Notice of Hearing on Application for Stay, 10:00 a.m., Sept. 4, 1973 |
| 23 | Response to Application for stay, filed by VICTOR H. WHITE and HELEN M. WHIT |
| 23 | Memorandum in oposition to application for stay filed by Atty for Victor H. W and Helen m. White |
| Sept 4 | Hearing on Application for Stay R11 |
| 4 | Court grants School Board's Appliaction for Stay - Order to be entered |
| 12 | Order that Civil Action 73-4981, now pending before the Circuit Court for O County, Florida, is hereby stayed and the plaintiffs in said action are perma enjoined from proceeding with any further action in said State Court R11 |
| 1974 | |
| Jan.23 | Order Reappointing persons to Bi-Racial Committea for 3 yrs. |
| Mar. 3,'76 | -Motion for Modification of Order and Plan, by deft. |
| 3 | Brief in Support of Motion for Modification of Order and Plan |
| 10 | Response to Motion for Modification of Order and Plan, by plaintiff |
| 10 | ORDER, granting motion filed 3-3-76 for modification, amending order of this Court of 3-24-70 and plan filed 3-10-70 in the exact particulars as set forth in aforesaid motion R19 GCY ctc |
| | NEXT PAGE |

| DATE 1980 | PROCEEDINGS | |
|---|---|---|
| Aug. 29 | JOINT STIPULATION & AGREEMENT re/ implementation of policies, w/modification of school attendance zones attached, seeking order, fld by both counsel | |
| Sept 2 | Hearing in Chambers Re: Implementation of Policies R32/D2414 GCY | |
| 2 | Counsel for Plaintiffs advise court that they are in agreement with School Boards Policies and do not think a hearing is necessary | |
| 2 | Court states it will issue an order approving new Plan | |
| 2 | ORDER, approving joint stipulation & agreement & amending prior order of 3-24-70 & plan fld 3-10-70 as modified, to incorporate "Modification of School Attendance Zones" policy as fld w/joint stip on 8-29-80 R32D2419 GCY ctc | |
| 02-17-83 | LETTER re exhibits mailed to counsel | |
| 03-17-83 | CERTIFICATE of Destruction re exhibits | |
| 06-13-83 | LETTER to Judge Young from Mrs. Wayne Lyons re: adverse educational opportunities | |
| 09-20-84 | ORDER appointing members of Bi-Racial Committee: R50/D2411 Judge Sharp | |
| | 1. Reverend Joseph F. Hargett 2. Ormund Powers | |
| | 3. Vera Poitier 4. Bert Roper | |
| | 5. Lynn Bounds 6. Allen Trovillion | |
| | 7. San Nicolas Garcia 8. Willie Williams | |
| | 9. Barbara Canover 10. Henry Adams | |
| 11-25-86 | **NOTICE OF HEARING** on joint stipulation and consent for approval of pupil assignment changes, **12-02-86 at 12:00 Noon**, before Judge G. Kendall Sharp, Courtroom 1 | jm |
| 11-25-86 | **NOTICE** of filing joint stipulation & consent for approval of defendants 1986 pupil assignment changes by deft | jm |
| 11-25-86 | **JOINT STIPULATION and CONSENT** for approval of defts 1986 pupil assignment changes #41 | jm |
| 12-02-86 | **ORDER** joint stipulation and consent for approval of deft's 1986 pupil assignment changes **APPROVED.** SHARP EOD 12-02-86 ctc #42 | jm |
| 08-12-87 | **JOINT STIPULATION and CONSENT** for approval of defts' 1987 pupil assignment changes #43 | jm |
| 08-12-87 | **NOTICE OF HEARING** on joint stipulation and consent for approval of defts' 1987 pupil assignment changes scheduled for **08-26-87 at 12:00 Noon,** before Judge G. Kendall Sharp | jm |
| 08-26-87 | **PROCEEDING ON HEARING** before Judge Sharp Court approved changes #44 | ad |
| 04-25-90 | **MOTION FOR MODIFICATION** of student transfer order of 09-02-80 by deft School Board #45 | jm |
| 04-25-90 | **MEMO** in support of deft School Board's motion for modification #46 | jm |
| 05-01-90 | **CONSENT** to entry of order by pltfs #47 | jm |
| 05-18-90 | **ORDER GRANTING** Defts. Motion for Modification of Student Transfer Order **s/YOUNG/05-18-90/NOTIFIED** #48 | rp |
| 10-01-91 | **MOTION FOR APPROVAL** of school attendance zones (1990-1991) with citation of authorities by deft School Board of Orange County #49 | jm |

**--- NEXT PAGE ---**

Case 6:62-cv-01215-ACC-GJK *SEALED* Document 1 Filed 04/06/62 Page 11 of 12

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 1215-Orl-C |
|---|---|---|
| EVELYN R. ELLIS, ET AL | THE BOARD OF PUBLIC INSTRUCTION OF ORANGE COUNTY, FLORIDA | PAGE ___ OF ___ |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 10-16-91 | 50 | **RESPONSE** by pltfs to deft's motion for approval of school attendance zones (1990-1991) | jm |
| 10-16-91 | 51 | **ORDER APPROVING** deft's motion for approval of school attendance zones (1990-1991). s/George C. Young EOD 10-16-91 ctc | jm |
| 03-02-92 | 52 | **MOTION** by defendant School Board of Orange County, Florida for approval of high school attendance zones (1991-1992) | db |
| 03-26-92 | 53 | **MOTION** for approval of student transfers for members of the household of certain exceptional education students with citation of authorities by defendants | db |
| 04-29-92 | 54 | **ORDER GRANTING** motion for approval of high school attendance zones (1991 - 1992) and modification of student transfer provisions and motion for approval of student transfers for members of the household of certain exceptional education students. s/George C. Young EOD 04-30-92 ctc | jm |
| 09-14-94 | 55 | **MOTION FOR APPROVAL** of school attendance zones (1993-94) with citation of authorities | jm |
| 10/14/94 | 56 | ORDER: Counsel for the plaintiff is requested to file within (10) days from the date hereof the position of the Plaintiffs as to the Motion for Approval, filed on 9-14-94. | nll |
| 10-25-94 | 57 | **PLAINTIFFS' CONSENT** to the motion for approval of school attendance zones (1993-1994) | jm |
| 10-27-94 | 58 | **ORDER GRANTING** defendants' motion for approval of school attendance zones (1993-1994). s/George C. Young EOD 10-27-94 ctc | jm |
| 05-16-96 | 59 | **MOTION FOR APPROVAL** of school attendance zones (1996-97) with citation of authorities by defendant | jm ✓ |
| 06-21-96 | 60 | **ORDER OF RECUSAL** and directs the Clerk to reassign this case to another judge of this Court. s/George C. Young EOD 06-21-96 ctc | jm ✓ |
| 06-21-96 | 61 | **NOTICE** of judicial reassignment to Judge Anne C. Conway for all further proceedings. ctc | jm ✓ |
| 06-27-96 | 62 | **CONSENT** to entry of Order granting defendant's motion for approval of school attendance zones (1996-1997) | ma ✓ |
| 06-27-96 | 63 | **ORDER** that defendant's motion for approval of school attendance zones is **GRANTED**. s/ Judge Anne C. Conway EOD 6/27/96 | ma ✓ |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ____ PAGE ___ OF ___ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 08/09/00 | 64 | **MOTION** for modification of student transfer provisions by defendants. |
| 09/07/00 | 65 | **ORDER** granting motion for modification of student transfer provisions. Defendant is hereby authorized to implement the Workplace Transfer Option, the Childcare Transfer Option, and the modification to the Mid-Year Transfer Option, as outlined in **the motion.** (s/ Judge Conway on 9/6/00) (ctc) |
| 10/19/07 | 66 | MOTION to withdraw as counsel by Norman Chackin. map |
| 11/8/07 | 67 | ORDER granting motion to withdraw as counsel. (signed by Magistrate Judge Donald P. Dietrich on 11/8/07) map/rlo |

*****ALL FURTHER ENTRIES ARE ON ELECTRONIC DOCKET 6:62-cv-1215-Orl-22GJK*****