UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICROFILM ROLL # 4

EVELYN R. ELLIS, et al,

        Plaintiffs,

vs.

THE BOARD OF PUBLIC INSTRUCTION
OF ORANGE COUNTY, FLORIDA,

        Defendant.

No. 1215-ORL-CIV.

FILED
ORLANDO, FLA.
MAR 24 1970
WESLEY R. THIES
CLERK

## ORDER

On February 17, 1970, the Court of Appeals for the Fifth Circuit entered its decision and opinion in this case remanding with directions. Pursuant thereto this Court entered its order of February 28, 1970, directing the defendant Board of Public Instruction of Orange County, Florida, to prepare plans by which compliance with the aforesaid opinion of the Court of Appeals could be effectuated and further requiring that a Notification of Completion of Plans be filed by March 10, 1970. Such Notification of Completion was to contain sufficient specific details of the plans to enable this Court to ascertain if implementation of such plans would effect a unitary school system as contemplated by the opinion and directions of the Court of Appeals.

A Notification of Completion of Plans, accompanied by details of the Plan, was filed March 10, 1970, with copies furnished to opposing counsel. An amendment was filed March 19, 1970.

This Court has carefully studied the Plan as amended and concludes that when implemented the Plan will accomplish a unitary school system as contemplated by the directions of the Court of Appeals in its opinion of February 17, 1970. No party has requested a hearing and this Court concludes that it is able to make the aforesaid determination without the necessity of a hearing. The Plan establishes acceptable procedures for student assignments on a neighborhood school basis subject to the right of majority to minority transfers. Since, as the Court of Appeals noted (page 6 of its opinion of February 17, 1970), the Board has provided not only for transportation but also priority for assignment in certain of such requested transfers, assignments of all other students must necessarily depend on space available within the neighborhood concept after exercise of majority to minority transfers. The Board must proceed promptly to commence implementation in order to afford an opportunity for the majority to

minority elections to be made and acted upon and thereafter for assignment of other students on a strict neighborhood school basis; it is, therefore,

ORDERED that the Plan filed by the Board with this Court on March 10, 1970, be and is hereby approved. The Board is directed to commence implementation of the Plan by giving immediate notice to all appropriate persons of the majority to minority transfer rights so that such elections under Transfer Policy No. I may be made on or before April 25, 1970, as provided in the Plan. Full implementation shall be completed thereafter so that the Plan will be completely effective for all school sessions following the current semester; it is further,

ORDERED that this Court shall retain jurisdiction of this case for the entry of such further orders as from time to time may be required.

DONE and ORDERED in Chambers at Orlando, Florida, this 24th day of March, 1970.

George C. Young
UNITED STATES DISTRICT JUDGE