UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVELYN R. ELLIS, a minor, et al,

Plaintiffs, MICROFILM ROLL # 5

vs.

No. 1215-ORL-CIV.

THE BOARD OF PUBLIC INSTRUCTION
OF ORANGE COUNTY, FLORIDA,

Defendant.

FILED
ORLANDO, FLA.
SEP 25 1970
WESLEY R. THIES
CLERK

O R D E R

The School Desegregation Plan now in effect in Orange County, Florida, as required to be implemented by the proceedings in this case, provides for the selection by this Court of persons to serve as members of a Bi-Racial Advisory Committee. An excerpt from the School Desegregation Plan containing the provisions relating to the establishment and objectives of the Bi-Racial Committee is attached hereto and by reference made a part of this order.

Pursuant to the provisions of said Plan, names and resumes were submitted to this Court by the Board and by the local chapter of the NAACP from which this Court has selected 20 persons (10 black, 10 white) to serve as members of the committee. All of the persons selected by the Court have been personally contacted by

5

the Court and have accepted appointment.

Although the Plan provided for a 30 member committee, it is the opinion of the Court that a committee of a lesser number would be more workable and counsel for the Board and for the local chapter of the NAACP have not been able to present any basis for opposing the Court's opinion in this respect; it is therefore,

ORDERED and ADJUDGED as follows:

1. That the following persons, listed alphabetically, be and are hereby appointed by this Court to be the members of the Bi-Racial Advisory Committee:

> Avrum Abramowitz
> 1660 Winchester Drive
> Winter Park, Florida
>
> Arnold Albert
> 1327 W. Arthur
> Orlando, Florida
>
> A. L. Bookhardt, M. D.
> 2503 West Church Street
> Orlando, Florida
>
> W. J Bruton
> 1300 Vineland Road
> Orlando, Florida
>
> Rev. William M. Ellis
> 517 Domino Drive
> Orlando, Florida
>
> I. S. Hankins, M. D.
> 647 West South Street
> Orlando, Florida

Michael Hardy
783 Texas Avenue
Orlando, Florida

Rev. J. T. Hargrett
313 S. Parramore Avenue
Orlando, Florida

Jack Jennings
2616 Norfolk Road
Orlando, Florida

Fred Johnson
35 N. Parramore Avenue
Orlando, Florida

Beverly R. Laws
2166 Huron Trail
Maitland, Florida

Mrs. Robert G. Neel
1415 Country Lane
Orlando, Florida

Ormond Powers
1134 Western Way
Orlando, Florida

Mrs. Mabel Richardson
637 West Carter Street
Orlando, Florida

Bert Roper
Lake Butler
Winter Garden, Florida

Mrs. Bertha Scales
2601 Lake Sunset Drive
Orlando, Florida

Mrs. Grant Staton
1217 Reading Drive
Orlando, Florida

Allen Trovillion, Jr.
363 East Lake Sue Avenue
Winter Park, Florida

>Mrs. Walter C. Warren, Jr.
>3018 Hoffner Road
>Orlando, Florida
>
>Mrs. Georgia N. Woodley
>535 West Washington Street
>Orlando, Florida

2. Members Albert, Bookhardt, Bruton, Hargrett, Jennings, Johnson, Richardson, Roper, Staton, and Trovillion are appointed for two (2) year terms of service and members Abramowitz, Ellis, Hankins, Hardy, Laws, Neel, Powers, Scales, Warren, and Woodley are appointed for three (3) year terms of service.

3. Member Allen Trovillion, Jr. is hereby designated as temporary chairman for the purpose of presiding at the initial meeting of the committee, at which time the committee itself shall select its own chairman to a period of at least six (6) months.

4. The first meeting of the committee will be held at 8:00 o'clock P. M., Tuesday, October 6, 1970, in the Board Room of the Administrative Office Building of the Orange County Board of Public Instruction at 434 North Tampa Avenue, Orlando, Florida. Thereafter, meetings of the committee will be held at such times and places as the committee shall determine, in accordance with procedures to be established by it. Secretarial

service will be provided by the Board of Public Instruction.

DONE and ORDERED in Chambers at Orlando, Florida, this 25th day of September, 1970.

*George C. Young*
UNITED STATES DISTRICT JUDGE

Copies mailed to:

All members of the committee.

Norris D. Woolfork, III, Esq.
305 South Parramore Avenue
Orlando, Florida

James W. Markel, Esq.
180 Park Avenue North
Post Office Box 999
Winter Park, Florida

EXCERPT FROM ORANGE COUNTY SCHOOL DESEGREGATION PLAN.

VI. <u>BI-RACIAL COMMITTEE</u>

In recognition of the fact that many problems surrounding desegregation and the operation of a unitary school system are to a large extent dependent upon factors which are not solely educational in nature there shall be a Bi-Racial Advisory Committee which shall advise the Superintendent in matters of discrimination based upon race or color in the operation of the Orange County School System. The advice and recommendations of the Bi-Racial Advisory Committee shall in no way affect or curtail the legal duties and responsibilities of the Superintendent or of The Board in controlling, organizing, administering and supervising the public school system of Orange County. The Bi-Racial Advisory Committee shall be established within the following guidelines:

1. The committee shall be composed of 30 members, 15 of whom shall be black members and 15 of whom shall be white members. The 30 members shall serve for at least 2 years and shall be selected by the United States District Judge for the Middle District of Florida, Orlando Division, from names and resumes of 30 persons (15 black, 15 white) submitted to him by the local chapter of the NAACP and from the names and resumes of 30 persons (15 black, 15 white) submitted to him by The Board. The names and resumes of persons

submitted shall take into account the representation of the attitudes and problems of the various geographic and neighborhood areas of Orange County and, further, shall reflect persons who have or will conduct themselves with a view toward cooperation between the races. The names and resumes shall be submitted on or before June 30th of each year.

2. The committee shall choose its own chairman who shall serve a period of at least six months. The chairmanship shall alternate between a black and a white chairman.

3. The committee shall adopt its own rules and regulations in preparing its recommendations and advice to the Superintendent. The committee shall concern itself primarily with the non-discriminatory operation of student transfer policies, transportation, and school construction and site selection.

4. Consistent with the requirements of Florida law, all recommendations must be prepared in writing and submitted to the Superintendent who, after reviewing them as to educational feasibility, may submit them to the Board in official session. From time to time the Superintendent may require additional information from the committee before submitting a recommendation to the Board.