UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVELYN R. ELLIS, et al.,

    Plaintiffs,

CASE NO.: 1215 - ORL-CIV

vs.

THE BOARD OF PUBLIC
INSTRUCTION OF ORANGE
COUNTY, FLORIDA

    Defendant.

_____/

## CONSENT TO ENTRY OF ORDER

COME NOW Plaintiffs, by and through their undersigned attorneys, and consent to the entry of an order granting Defendant's Motion for Modification of School Transfer Order.

Norris Woolfork, III
401 West Colonial Drive
Orlando, Florida 32804
(407) 425-1639
Attorney for Plaintiffs
Florida Bar No. 089763

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this 26th day of April, 1990 to Andrew B. Thomas, Esquire, ROWLAND, THOMAS & JACOBS, P.A., 1781 North Mills Avenue, Orlando, Florida 32803.

Norris Woolfork, III
401 West Colonial Drive
Orlando, Florida 32804
(407) 425-1639
Attorney for Plaintiffs
Florida Bar No. 089763