UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVELYN R. ELLIS, ET AL,

    Plaintiffs,

vs.                            CASE NO.: 1215-Orl-Civ-06

THE BOARD OF PUBLIC INSTRUCTION
OF ORANGE COUNTY, FLORIDA.

    Defendant.
_____/

### PLAINTIFFS CONSENT

COMES NOW Norris D. Woolfork, III, attorney for plaintiffs and files his approval of the motion for approval of school attendance zones (1993-1994) with attachments filed by defendant on September 14, 1994.

                                        _____
                                        NORRIS D. WOOLFORK, III, ESQUIRE
                                        425 W. Colonial Dr., Suite 103
                                        Orlando, Florida 32804
                                        (407) 872-1205
                                        Florida Bar No.: 089761
                                        Attorney for plaintiffs

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 25 day of October, 1994 to Andrew Thomas, Esquire, Broad & Cassel, P.O. Box 4961, Orlando, Florida 32802.

                                          _____
                                        NORRIS D. WOOLFORK, III, ESQ.
                                        425 W. Colonial Dr., Suite 103
                                        Orlando, Florida 32804