UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case Number 6:62-cv-1215-Orl-22UAM

EVELYN R. ELLIS, etc., et al.,

    Plaintiffs,

v.

THE BOARD OF PUBLIC INSTRUCTION
OF ORANGE COUNTY, FLORIDA,

    Defendant,

And

IRMA I. CARRASQUILLO, for herself and
on behalf of her minor son J. A. V.,

    Intervenors.
_____/

**COMPLAINT IN INTERVENTION**

COME NOW the Intervenors, by and through their undersigned counsel, and allege as follows:

1. This is a Complaint in Intervention as of right under Rule 24(a)(2), or, in the alternative, a permissive intervention under Rule 24(b)(2), Fed.R.Civ.P.

2. IRMA I. CARRASQUILLO is a resident of Orange County, Florida, and is the mother of J. A. V., who is a minor at 15 years of age.

1

3. IRMA I. CARRASQUILLO and J. A. V. are American Citizens of Hispanic origin.

4. J. A. V. is a student in 10th grade at Colonial High School, Orange County, Florida, which is a public school operated by the Orange County School Board and is one of the schools that is or may be affected by any action taken or recommendation made by the Bi-Racial Committee that exists pursuant to rulings of this Court in this case.

5. The Bi-Racial Committee membership is half Black and half White as per rulings of this Court in this case.

6. The racial/ethnic composition of the student body in the public schools of Orange County, Florida, as per the latest numbers published by the Orange County School Board, is the following:

White: 33.62%

Black: 27.46%

Hispanic: 31.16%

7. The racial/ethnic composition of the total population of Orange County, Florida, as per the latest numbers published by the U.S. Census Bureau, is the following:

White: 50%

Black: 20.8%

Hispanic: 24.8%

8. The Intervenors are or may be adversely affected by any action or recommendation of the Bi-Racial Committee, but have no proportionate representation of their ethnicity, and no ethnic representation whatsoever, in said Committee.

9. The Whites and Blacks in the Bi-Racial Committee are not Hispanic, and therefore, cannot adequately represent the interests of the Intrevenors as pertains to their ethnicity.

10. The current composition of the Bi-Racial Committee negates the desegregation and equal protection objectives of this case in that it leaves without representation approximately one-third of the students in Orange County.

11. Other Courts, such as the U.S. District Court for the Southern District of Florida in the Miami-Dade County Desegregation Case, <u>Pate v. The School Board of Miami-Dade County, Florida</u>, Case No. 69-1020-CIV-Dimitrouleas, have remedied similar situations by converting the Bi-Racial Committee into a Bi-Racial Tri-Ethnic Committee with proportionate representation for the Hispanic population.

12. The interest of the Intervenors is to receive the equal protection of the laws and not to be placed in a position where they are disenfranchised

because of their ethnicity from representation in a process that may result in actions adversely affecting them.

13. The Intervenors are now in a position similar to that of the original Black Plaintiffs, as the Intervenors now lack the same representation that the Blacks lacked in the advisory and decision making process of the School Board before redress was given by this Court.

**WHEREFORE**, the Intervenors demand a ruling by this Court converting the Bi-Racial Committee into a Bi-Racial Tri-Ethnic Committee with proportionate representation for the Hispanic population of Orange County, Florida.

### CERTIFICATE OF SERVICE

We hereby certify that copy hereof was e-mailed today to Frank Kruppenbacher, Esq., fklegal@hotmail.com.

Date: January 26, 2010

Counsel for the Intervenors
**CPLS, P.A.**
Attorneys & Counselors at Law
201 East Pine Street, Suite 445
Orlando, FL 32801
Tel 407-647-7887
Fax 407-647-5396
www.cplspa.com
CPLS File No. 1199-1

/s/ Alberto E. Lugo-Janer
Alberto E. Lugo-Janer, Esq.
Florida Bar Number 0972592
alugo-janer@cplspa.com
lugojaner@earthlink.net

/s/ Tee Persad
Tee Persad, Esq.
Florida Bar Number 0045594
attorneypersad@cplspa.com

/s/ Cynthia Conlin
Cynthia Conlin
Florida Bar No. 047012
cconlin@cplspa.com

/s/ Evelyn J. Pabon Figueroa
Evelyn J. Pabon Figueroa, Esq.
Florida Bar No. 0015594
epabonfigueroa@cplspa.com