# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EVELYN R. ELLIS, et al.,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No.  6:62-cv-1215-Orl-22GJK**

**BOARD OF PUBLIC INSTRUCTION OF ORANGE COUNTY, FLORIDA,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Motion for Intervention (Doc. No. 68). The Court notes that the Motion was not served on Plaintiffs.

Based on the foregoing, it is ordered as follows:

1. The Intervenors shall serve the Motion on Plaintiffs' counsel within 5 days, and shall file a Certificate of Service.

2. Plaintiffs and Defendant shall file their responses to the Motion for Intervention by February 22, 2010.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 29, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge