UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case Number 6:62-cv-1215-Orl-22GJK

EVELYN R. ELLIS, etc., et al.,

        Plaintiffs,

v.

THE BOARD OF PUBLIC INSTRUCTION
OF ORANGE COUNTY, FLORIDA,

        Defendant,

And

IRMA I. CARRASQUILLO, for herself and
on behalf of her minor son J. A. V.,

        Intervenors.
_____/

## CERTIFICATE OF SERVICE

We hereby certify that copies of the Intervenors'

**MOTION FOR INTERVENTION
WITH MEMORANDUM OF LAW**

and

**COMPLAINT IN INTERVENTION**

were mailed on February 1, 2010, to:

Frank C. Kruppenbacher
Law Office of Frank Kruppenbacher
9064 Great Heron Circle
Orlando, FL 32836-5483

and

Norman J. Chachkin
99 Hudson St.
16th Floor
New York, NY 10013

    Date: February 1, 2010.

        Counsel for the Intervenors
        **CPLS, P.A.**
        Attorneys & Counselors at Law
        201 East Pine Street, Suite 445
        Orlando, FL 32801
        Tel 407-647-7887
        Fax 407-647-5396
        www.cplspa.com
        CPLS File No. 1199-1

        /s/ Alberto E. Lugo-Janer
        Alberto E. Lugo-Janer, Esq.
        Florida Bar Number 0972592
        alugo-janer@cplspa.com
        lugojaner@earthlink.net

        /s/ Tee Persad
        Tee Persad, Esq.
        Florida Bar Number 0045594
        attorneypersad@cplspa.com

        /s/ Cynthia Conlin
        Cynthia Conlin
        Florida Bar No. 047012
        cconlin@cplspa.com

/s/ Evelyn J. Pabon Figueroa
Evelyn J. Pabon Figueroa, Esq.
Florida Bar No. 0015594
epabonfigueroa@cplspa.com