# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EVELYN R. ELLIS, ET AL,

          Plaintiffs,

-vs-                                         Case No. 6:62-cv-1215-Orl-22GJK

PUBLIC INSTRUCTION OF ORANGE
COUNTY, FL,

          Defendant.
_____/

## NOTICE TO COUNSEL

Please review Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida for non-resident attorneys. Note the fourteen (14) day deadline. Please go to www.flmd.uscourts.gov under the Attorney Resources section for further information or call the Clerk's Office for the division in which you will be filing.

                                          SHERYL L. LOESCH, CLERK

                                          By:    S/R. Olsen, Deputy Clerk