# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**EVELYN R. ELLIS, ET AL,**

        **Plaintiff,**

**v.**                             **Case No.  6:62-cv-1215-Orl-22GJK**

**BOARD OF PUBLIC INSTRUCTION OF
ORANGE COUNTY, FL**

        **Defendant,**

_____

# ORDER REQUIRING ELECTRONIC FILING

All attorneys appearing before this court are **required** to register for CM/ECF docketing **within 15 days** of their entry of appearance in any action pending before this Court. Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they **are to request their password** from the Court.   (**NOTE:**  **Pro Se parties are exempt from the electronic filing requirement.**)

      **DONE** and **ORDERED** in Orlando, Florida on February 3, 2010.


                                   _____

                                    ANNE C. CONWAY
                                    Anne C. Conway [22]
                            Chief United States District Judge


Copies to:     All Counsel of Record
                  All *Pro Se* Parties