UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVELYN R. ELLIS, et al,

        Plaintiffs,                       CASE NO: 6:62-cv-1215-Orl-22UAM

vs.

THE BOARD OF PUBLIC EDUCATION
OF ORANGE COUNTY, FLORIDA,

        Defendant.
_____/

## NOTICE OF APPEARANCE

YOU ARE NOTIFIED that Frank Kruppenbacher, Esquire, General Counsel for Orange County School Board and John Palmerini, Esquire, Associate General Counsel, Litigation and Employment Law, for Orange County School Board, file notice of their appearance as co-counsel in the above-styled cause.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by regular U.S. mail to Maree F. Sneed, Esquire Hogan & Hartson, LLP, 555 Thirteenth Street, N.W. Washington, DC 20004; Ralph Armstead, Esquire, 511 West South Street, Suite 10, Orlando, FL 32805; Norman J. Chachkin, Esquire, 36 Cedar Drive, Accord, NY 12404-6002; and Anurima Bhargava, Esquire, NAACP Legal Defense and Educational Fund, Inc., 99 Hudson Street, 16th Floor, New York NY 10013-2897, this ____ day of FEBRUARY, 2010.

Respectfully submitted:

_____
Frank Kruppenbacher & Assoc., PA
Florida Bar No. 238597
445 West Amelia Street
Orlando, FL 32801
Telephone: (407) 317-3411
Fax: (407) 317-3348
Frank.kruppenbacher@ocps.net

_____
John C. Palmerini, Esquire
Florida Bar # 571709
445 West Amelia Street
Orlando, FL 32801
Telephone: (407)317-3411
Fax: (407) 317-3348
John.palmerini@ocps.net